UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA PEREZ,

    Plaintiff,

v.                              Case No. 8:22-cv-2971-TPB-AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Amanda A. Sansone, United States Magistrate Judge. (Doc. 25). Judge Sansone recommends the Court affirm the Commissioner of Social Security's decision to deny Plaintiff's claim for disability benefits. No objections to the report and recommendation were filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

After careful consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, the Commissioner's decision is affirmed. Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Sansone's report and recommendation (Doc. 25) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The Commissioner of Social Security's decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment in accordance with this Order and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>18th</u> day of January, 2024.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**